| | |
|---|---|
| 1 | KEVIN V. RYAN (CASBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CASBN 138549)<br>Chief, Criminal Division |
| 4 | TRACIE L. BROWN (CSBN 184339)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-6917 |
| 7 | Facsimile: (415) 436-7234 |

FILED
AUG 25 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-497 PJH |
| Plaintiff, | ) | **[PROPOSED] ORDER** |
| | ) | **TRANSFERRING CASE TO THE** |
| v. | ) | **DISTRICT OF MASSACHUSETTS** |
| RODNEY BROOKS, | ) | |
| Defendant. | ) | |

Pursuant to the previously-filed Rule 20 Consent to Transfer, the government respectfully requests that the Court order this case to be transferred to the District of Massachusetts.

DATED: August 23, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/S/
TRACIE L. BROWN
Assistant United States Attorney

CR 05-497
[PROP.] ORDER TRANSFERRING CASE

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that *United States v. Rodney Brooks*, 05-497 PJH, be transferred to the District of Massachusetts for plea, sentence, and any further proceedings.

Dated: August 25, 2006

_____
HON. PHYLLIS J. HAMILTON
United States District Judge

CR 05-497
[PROP.] ORDER TRANSFERRING CASE